# ReedSmith

Kerren B. Zinner
Direct Phone: +1 212 549 0307
Email: kzinner@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

RECEIVED
NOV 19 2012
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/12

November 19, 2012

**By Fax (212) 805-7990**

Hon. James L. Cott
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Marshak v. Schaffner, et al.*
Docket # 11-CV-1104 (DLC) (JLC)

Dear Judge Cott:

We represent Defendants Katherine Schaffner and Vaughn Thornton, as Executor for the Estate of Gladys Horton, in the above-referenced action. We are writing to inform Your Honor that the parties in this action have reached a settlement in principle and are in the process of executing the final settlement agreement. Defendants-Counterclaim Plaintiffs have executed their copies of the agreement, and we are awaiting receipt of a signed copy from Plaintiff-Counterclaim Defendant Larry Marshak. Upon receipt of Mr. Marshak's executed agreement, the parties will file a stipulation of dismissal. Accordingly, the parties respectfully request that the settlement conference scheduled with Your Honor for tomorrow, November 20, 2012, be cancelled. Counsel for Mr. Marshak joins this request.

Respectfully submitted,

Kerren Zinner/ps
Kerren B. Zinner

*[Handwritten note from Judge:]* The conference is adjourned sine die. I will provide Judge Cote with a copy of this letter. SO ORDERED. James L. Cott USMJ 11/19/12